JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BIRD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRO STAR BUILDERS, INC.,<br><br>　　　　　Defendant. | Case No.  2:22-cv-03610-JLS-JEM<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 29), this action is hereby DISMISSED WITH PREJUDICE as to Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: May 31, 2023

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE